No. 280. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS, v. LEAH M. GRAY, ADMINISTRATRIX OF THE ESTATE OF GLEN E. GRAY. Certiorari to the Circuit Court of Appeals for the First Circuit. Submitted April 19, 1927. Decided April 25, 1927. *Per Curiam.* Reversed on the authority of *Reading Co.* v. *Koons,* 271 U. S. 58. *Messrs. Merrill Shurtleff* and *Charles H. Blatchford* for petitioner. *Mr. Hollis R. Bailey* for respondent.